# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

April 9, 2025

Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Perez Rivera v. National Packing Corp., et al. 24-cv-8123

Your Honor,

I received a called from counsel for Defendants just yesterday – Paul Kerson, Esq. – Plaintiff has consented to the Defendants appearing and interposing an Answer on or before April 11, 2025.

If the Court would so permit, Plaintiff would request that the April 11, 2025 date to submit a default judgment be adjourned to April 25, 2025 in the event that the Defendants fail to appear even by that extended date.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application GRANTED.  It is hereby ORDERED that Defendants shall appear and answer, move, or otherwise respond to the Complaint no later than **April 11, 2025**.  If Defendants still fail to appear by April 11, Plaintiff's deadline to file any motion for default judgment is ADJOURNED to **April 25, 2025**.  If Plaintiff moves for default judgment, Plaintiff shall serve any motion papers on Defendants by **April 28, 2025**, and shall file proof of such service by **April 29, 2025**.  It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **May 15, 2025**.  Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service no later than **April 11, 2025**, and shall file proof of such service by **April 14, 2025**.  The Clerk of Court is respectfully directed to terminate Dkt. No. 24.

SO ORDERED.  Date: 4/10/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE