# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

October 3, 2025

Honorable Margaret M. Garnett  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: Perez Rivera v. National Packing Corp., et al. 24-cv-8123

Your Honor,

The parties have a proposed agreement out for client comment and review. If the Court would so permit, the parties would respectfully request an additional three weeks to submit their Cheeks motion. We are also awaiting client approval on consenting to the Magistrate Judge in this matter and will file that form forthwith.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

GRANTED. The parties' deadline to submit their Cheeks motion is EXTENDED until **October 24, 2025**.

SO ORDERED. Dated October 6, 2025.

HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE