# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                            Telephone: (347) 687-2019
Suite 308                                                                    cmulhollandesq@gmail.com
Astoria, NY 11106

October 24, 2025

Honorable Gabriel W. Gorenstein                     MEMORANDUM ENDORSED
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Perez Rivera v. National Packing Corp., et al. 24-cv-8123

Your Honor,

Plaintiff circulated a draft agreement for client comment and review earlier in the month. The parties are still waiting for the Defendants to provide comments or to execute the Agreement.

If the Court would so permit, the parties would request until November 21, 2025 to submit their executed agreement and Cheeks motion along with all of the supporting material referenced in this Court's October 7, 2025 Order.

This is the second request for an extension and it is on consent.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

---

Extension to November 21, 2025, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 24, 2025