# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 36-36 33rd Street | Telephone: (347) 687-2019 |
| Suite 308 | cmulhollandesq@gmail.com |
| Astoria, NY 11106 | |

November 21, 2025

Honorable Gabriel W. Gorenstein            MEMORANDUM ENDORSED
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Perez Rivera v. National Packing Corp., et al. 24-cv-8123

Your Honor,

The undersigned understands the Defendant will be executing the Agreement tonight however I have not received a copy yet and thus cannot make the Cheeks motion before the close of business hours.

Plaintiff would respectfully request that the Court permit a one week extension to file the Cheeks motion.

This is the third request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Extension granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 24, 2025