# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

December 2, 2025

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

### MEMORANDUM ENDORSED

Re: Perez Rivera v. National Packing Corp., et al. 24-cv-8123

Your Honor,

The undersigned apologizes for missing the deadline last week. The Defendants sent over their executed copies today of the Agreement and my client is having trouble executing remotely. He will come to my office tomorrow or Wednesday if he cannot sign remotely by today.

If the Court would indulge an extension until Thursday December 4, 2025, the undersigned would thank the Court. And, I apologize again for missing last weeks deadline.

This is the fourth request for an extension.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Extension to December 11, 2025, granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 2, 2025